

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2014

No. 04-14-00324-CR

**THE STATE OF TEXAS,**
Appellant

v.

**JOHN D. DELOACH,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 130556
Honorable Scott Roberts, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The Appellee's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion for rehearing is due December 10, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court